Kim S. Magyar  (AZ SBN 021911)
SNELL & WILMER L.L.P.
One Arizona Center
Phoenix, AZ  85004-2202
Telephone:  (602) 382-6266
Facsimile:  (602) 382-6070
kmagyar@swlaw.com

Rhonda L. Nelson (CA SBN 116043) admitted *pro hac vice*
Harold R. Jones (CA SBN 209266) admitted *pro hac vice*
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439
rln@severson.com
hrj@severson.com

Attorneys for Defendant
FORD MOTOR COMPANY and
FORD MOTOR CREDIT COMPANY

Bradley D. Gardner
David R. Schwartz
UDALL, SHUMWAY & LYONS, P.L.C.
30 WEST FIRST STREET
MESA, ARIZONA  85201-6695
Telephone:  (480) 461-5300
Fax:  (480) 833-9392
bdg@udallshumway.com
das@udallshumway.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Horvath,<br><br>        Plaintiff,<br><br>  v.<br><br>Ford Motor Company, a foreign company and Ford Motor Credit Company, LLC, a foreign company,<br><br>        Defendants. | Case No.:  CV 09-764-PHX-HRH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

1  Defendants Ford Motor Company and Ford Motor Credit Company, LLC, ("Defendants")
2  and Plaintiff Richard Horvath ("Plaintiff") (hereinafter collectively referred to as the "Parties"),
3  through undersigned counsel, hereby stipulate and agree that this matter be dismissed in its
4  entirety as to all Parties, **with prejudice,** each Party to bear their own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 26th day of August, 2009.

      SNELL & WILMER L.L.P.

By:   s/ Kim S. Magyar
    Kim S. Magyar
    SNELL & WILMER L.L.P.
    One Arizona Center
    Phoenix, AZ  85004-2202
    Telephone:  (602) 382-6266
    Facsimile:  (602) 382-6070

and

Harold R. Jones (admitted *pro hac vice*)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
FORD MOTOR COMPANY and
FORD MOTOR CREDIT COMPANY LLC,
a limited liability company

 s/Kim S. Magyar w/permission for
Bradley D. Gardner
David R. Schwartz
UDALL, SHUMWAY & LYONS, P.L.C.
30 WEST FIRST STREET
MESA, ARIZONA  85201-6695
Telephone:  (480) 461-5300
Fax:  (480) 833-9392
Attorneys for Plaintiff

- 2 -

**CERTIFICATE OF SERVICE**

  X  I hereby certify that on August 26, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Bradley D. Gardner
David R. Schwartz
LAW OFFICES
UDALL, SHUMWAY & LYONS, P.L.C.
30 WEST FIRST STREET
MESA, ARIZONA  85201-6695
Telephone:  (480) 461-5300
Fax:  (480) 833-9392
bdg@udallshumway.com

_____  I hereby certify that on _____, I served the attached document by regular mail, first class, on the following, who is not registered participant of the CM/ECF System:

                                             s/ Kim S. Magyar

10472275.1

- 3 -