IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
RICHARD HORVATH,                    )
                                    )
                Plaintiff,          )
                                    )
     vs.                            )
                                    )
FORD MOTOR CO., et al.,             )
                                    )    No. 2:09-cv-00764-HRH
                Defendants.         )
_____)
```

O R D E R

Case Dismissed

Pursuant to the Stipulation of the Parties,[1] and good cause appearing therefor,

IT IS HEREBY ORDERED dismissing the above-entitled action with prejudice, each party to bear their own costs and attorney fees.

DATED at Anchorage, Alaska, this 27th day of August, 2009.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 22.

- 1 -